UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PERCY LEE JOHNSON                                    CIVIL ACTION

VERSUS                                               NO. 15-1586

DR. CASEY MCVEA ET AL.                               SECTION "I" (2)

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 29th day of March, 2016.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE